UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:25-CV-2530

MARIA C. RODRIQUEZ,
An Individual,

    Plaintiff,

vs.

LUX SEVEN AUTO SALES, CORP.,
A Florida Profit Corporation, and,
LUIS NUNEZ, an individual,

    Defendants.
_____/

**NOTICE OF DESIGNATION OF LEAD COUSNEL**

    Plaintiff, MARIA C. RODRIQUEZ, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court that Joshua Feygin, Esquire is Plaintiff's lead counsel.

Dated: October 3, 2025

*/s/ Joshua E. Feygin*
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
4601 Sheridan St #205
Hollywood, FL 33021
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, MARIA C. RODRIQUEZ*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 3, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                                                 */s/ Joshua E. Feygin*
                                                 JOSHUA FEYGIN, ESQ.
                                                 FL Bar No.: 124685