# AFFIDAVIT OF NON-SERVICE
## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:25-CV-02530-JSM-LSG

Plaintiff: **MARIA C. RODRIQUEZ,**
an Individual,

vs.

Defendant: **LUX SEVEN AUTO SALES, CORP.,**
**A Florida Profit Corporation, and,**
**LUIS NUNEZ, an individual,**


HSE2025000075

Received by Raymond Mitchell on the 23rd day of September, 2025 at 12:35 am to be served on **LUX SEVEN AUTO SALES, CORP., 2240 US HWY 92E, UNIT #8, LAKELAND, Polk County, FL 33801**.

I, Raymond Mitchell, being duly sworn, depose and say that on the **16th day of October, 2025** at **11:31 am**, I:

**NON-SERVED** the **SUMMONS and COMPLAINT**. After due search, careful inquiry and diligent attempts was unable to serve on **LUX SEVEN AUTO SALES, CORP.** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
9/23/2025 12:42 pm Attempted service at 2240 US HWY 92E UNIT #8, LAKELAND, FL 33801. Address is to a warehouse/storage type facility with multiple businesses.
Unit #8 did have a sign above the garage door identifying the business as Lux Seven Auto Sales Corp, however, it also stated that, "Hours are by appointment only." There was a phone number on the sign: 863-999-2079.
The garage door was closed and blocked. There was no other door to knock on.
I waited for over an hour to see if anyone returned from a lunch break. No one approached the unit.
Note:
GPS took me to another address on the west side of Lakeland when I entered the address as provided.
Attempt location: (28.0485,-81.9138) accuracy 5 m.
9/30/2025 2:45 pm Attempted service at 2240 US HWY 92E UNIT #8, LAKELAND, FL 33801.
The bay door was closed and locked from the outside. There was no sign of anyone present. There was an unregistered, blue Honda Accord, purchased from Mannheim Lakeland Auto Auction, parked in front of the bay door.
I spoke with the owner of a neighboring business. They stated that Luis rarely comes to the shop. Individual stated that he had not seen Luis in a few days.
I knocked on the bay door to unit #8, for diligence purposes. There was no response. I placed a contact card, requesting Luis to call me, on the bay door, near the padlock.
Attempts will continue. Attempt location: (28.0485,-81.9137) accuracy 7 m.
10/2/2025 3:43 pm Attempted service at 2240 US HWY 92E UNIT #8, LAKELAND, FL 33801. The bay door was closed and locked again. The unregistered blue Honda Accord was still parked in front of the bay door. The contact card that I placed on the bay door on my previous attempt was still present. There was no indication that anyone had been present since my previous attempt.
I knocked on the bay door, but there was no response or sound from within.
Attempts will continue. Attempt location: (28.0486,-81.9137) accuracy 2 m.
10/7/2025 2:42 pm Attempted service at 2240 US HWY 92E UNIT #8, LAKELAND, FL 33801. The bay door was closed and locked again. The contact card that I previously left on the bay door was still present. The unregistered blue Honda Accord was still parked in front of the bay door. It did not appear as though anyone had been present since my previous attempt.
At 2:44 PM, I called the number posted on the banner above the bay door. There was no answer. I left a voicemail requesting Luis to call me.
Attempts will continue. Attempt location: (28.0485,-81.9138) accuracy 3 m.
10/11/2025 2:02 pm Attempted service at 2240 US HWY 92E, UNIT #8, LAKELAND, FL 33801. The bay door was closed and locked. The contact card that I previously left on the bay door was no longer present. I have not yet received a phone call from anyone related to this job. The blue unregistered Honda Accord was still parked in front of the bay door. The gates to the picket fencing that was in front of the bay door and surrounding the Honda had been moved and the gates were in more of a closed position. These gates were

## AFFIDAVIT OF NON-SERVICE For 8:25-CV-02530-JSM-LSG

wide open on my previous 2 attempts.
I spoke to a neighboring business owner from unit #6, who was not very cooperative. He stated that he just moved into his unit, so he did not know anyone in unit #8 and I needed to do my own work. A female individual from unit #6 stated that she had seen approximately four different men work out of unit #8, but she did not know if any of them were Luis.
Attempts will continue. Attempt location: (28.0485,-81.9138) accuracy 3 m.
10/16/2025  11:31 am  Attempted service at 2240 US HWY 92E UNIT #8, LAKELAND, FL 33801. The bay door was closed and padlocked again. The unregistered Honda Accord was still present in front of the bay door. I knocked loudly on the bay door, but there was no response. It appeared that no one was present. Attempt location: (28.0485,-81.9137) accuracy 8 m.

I, Raymond Mitchell, certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, pursuant to Florida Statutes Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

State of Florida

County of __MANATEE__

Raymond Mitchell
CA-975
Date: 10/18/2025

Sworn and Subscribed to before me[ ] on

__OCTOBER 18__, 20__25__ by

Raymond Mitchell who is

____ personally known to me

__✓__ produced identification.

Type of identification used: __FL DL# M324-724-72-208-0__

Exp: __06/08/2028__

NOTARY PUBLIC, State of Florida

**Sunshine Civil Process**
P.O. Box 55
Oneco, FL 34264
(941) 274-7293

Our Job Serial Number: HSE-2025000075
Ref: 8:25-cv-02530-JSM-LSG



JANET HAZUDA
Notary Public - State of Florida
Commission # HH 328407
My Comm. Expires Nov 2, 2026