AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| MARIA C. RODRIGUEZ | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 8:25-cv-02530-JSM-LSG |
| LUX SEVEN AUTO SALES CORP and LUIS NUNEZ | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LUX SEVEN AUTO SALES CORP., and LUIS NUNEZ

Date: 11/18/2025

*Byron Acosta*
Attorney's signature

Byron Acosta, Esq., FL Bar No. 1039193
Printed name and bar number

2393 S Congress Ave., Suite 207, West Palm Beach, FL 33406
Address

byron@byronacostalaw.com
E-mail address

(561) 201-2333
Telephone number

(561) 805-3601
FAX number