

Dave Kerner
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

July 2, 2025

Maria C. Rodriquez

RE: Maria C. Rodriquez vs Lux Seven Auto Sales Corp., VI-1091956/1; Complaint # 178842

Dear Ms. Rodriquez,

This is in reference to the complaint you filed with the Division of Motorist Services. Region 6 office.

We have completed the investigation into your complaint. The outcome of the complaint was explained to you by the Compliance Examiner assigned to investigate your complaint and the dealer has been cited for violation(s) of Florida Statute.

Should you have any questions or need additional assistance please contact FS Reyes, phone: (813) 302-5027, email: RaymondReyes@flhsmv.gov.

Sincerely,

Raymond Reyes Jr., Motor Vehicle Supervisor
Florida Division of Motorist Services
Bureau of Dealer Services-MVFO South, Region VI
5701 E. Hillsborough Ave., Ste. 2228, Net Park
Tampa, FL 33610

```
LICENSE
TYPE/NUMBER: VI /1091956      LICENSEE: LUX SEVEN AUTO SALES, CORP.

COMPANY:
NUMBER: 601589011         NAME: JET INSURANCE COMPANY
STREET ADDR:  11440 CARMEL COMMONS BLVD
              STE 207
CITY          CHARLOTTE                  ST:NC    ZIP28226 -5324
                                                  :
PHONE NUMBER

AGENCY:
NAME:
STREET ADDR:
CITY:                                    ST:      ZIP       -
                                                  :
PHONE NUMBER
AGENT NAME:   DAVID GONSALVES

BOND
INFORMATION:
BOND NUMBER:     BOND AMOUNT    EFFECTIVE         EXPIRATION       CANCELLATION
                                DATE:             DATE:            DATE:
BX0013515           25,000.00   04/30/2024        04/30/2026
CLAIM AMOUNT:    CLAIM DATE:
```

# DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
# DIVISION OF MOTOR VEHICLES
## Bureau of Field Operations



## Investigative Report

| | | |
|---|---|---|
| Complaint Number: 178842 | REGION VI TAMPA / CLEARWATER | Received Date: 03/26/2025 |

**COMPLAINANT INFORMATION**

FEID / DL:
Name: RODRIGUEZ, MARIA CARMEN
Address:
Phone:
Ext:

**COMPLAINT AGAINST**

License Number: VI / 1091956 / 1
Dealer Name: LUX SEVEN AUTO SALES, CORP.
Physical Address: 2240 US HIGHWAY 92 E UNIT 8
LAKELAND, FL 33801
Phone: (904) 999-2354
Ext:

Mailing Address: PO BOX 9526
CORAL SPRINGS, FL 33075

Licensee Name: LUX SEVEN AUTO SALES, CORP.
Mailing Address: 13555 SW 49TH CT
MIRAMAR, FL 33027-5928
Phone: (407) 334-6672
Ext:

**VEHICLE INFORMATION**

Identification Number: 36888
Make: FORD MOTOR COMPANY
Year: 2018
Purchase Date: 02/07/2025
Vehicle Condition: USED
Vehicle Type: AUTO
Sales Price:
Vehicle Model:

**COMPLAINT DETAILS**

Sales Type: ON SITE SALE
Alleges that the dealer commited odometer fraud.

**CLOSURE ACTIONS**

SENT LETTER OF NON-COMPLIANCE

**VIOLATIONS**

320.27(9)(B)(5)                DEALER FAILED TO ABIDE BY A WRITTEN CONTRACT

| Complaint Number: | 178842 | REGION VI TAMPA / CLEARWATER | Received Date: | 03/26/2025 |
|---|---|---|---|---|
| 320.27(9)(B)(8) | | DEALER FAILED TO CONTINUALLY MEET REQUIREMENTS OF LICENSURE LAW | | |
| 320.27(9)(B)16 | | DEALER WILLFULLY FAILED TO COMPLY WITH ADMINISTRATIVE RULE(S) ADOPTED BY THE DEPARTMENT. | | |
| 320.27(9)(B)(14) | | DEALER VIOLATED ONE OR MORE OF THE PROVISIONS UNDER SECTION 319.35, FLORIDA STATUTES. (ODOMETER READINGS, PENALTIES BY DEALER) | | |
| 319.35(1)(C) | | POSSESSES, SOLD, OFFERED FOR SALE A MOTOR VEHICLE WITH A TAMPERED ODOMETER TO REFLECT LOWER MILEAGE. | | |
| 319.35(1)(B) | | DEALER KNOWINGLY PROVIDED FALSE INFORMATION ON THE ODOMETER READINGS. | | |
| 319.35(4) | | DEALER POSSESSED A VEHICLE WITH AN ALTERED ODOMETER WITH THE INTENT TO DEFRAUD. | | |
| 319.35(1)(A) | | DEALER TAMPERED WITH ODOMETER | | |

**DETAILS OF INVESTIGATION**

Date: 05/28/2025                              Investigator: RAYMOND REYES J
DMV Region 6 received a consumer complaint from Maria Rodriguez, against Lux Seven Auto Sales Corp., dealer license # VI-11091956/1 regarding a 2018 Ford Escape, VIN # ███████████6888. The following exhibits 1 through 6 provided by the complainant Maria Rodriguez, HSMV 80122 Suspected or Reported Title/Registration Fraud (exhibit 1), Bill of Sale (exhibit 2), Separate Odometer Disclosure Statement (exhibit 3), Notice to Appear for Pre-Trail (exhibit 4), Marketplace Advertisement from Yoisbel Perez (exhibit 5), Picture of Cracked/Damaged Windshield (exhibit 6). FRVIS Vehicle History Detail (exhibit 7). FRVIS Title Inquiry in Maria Rodriguez's name (exhibit 8). FRVIS Registration Inquiry in Maria Rodriguez's name (exhibit 9). FRVIS Driver's License Inquiry (exhibit 10). FRVIS Vehicle Identification Number (exhibit 11). FRVIS Customer Name Inquiry (exhibit 12). FRVIS Image Report (exhibit 13). CarFax Vehicle History Report (exhibit 14). 17 April 2025 received complaint # 178842. Email to Ms. Rodriguez from DMV Region 6 (exhibit 15). 20 May 2025 spoke with Maria Rodriguez to inform her that I, SCA Reyes received her complaint and, I will be investigating this complaint on her behalf. 14 April 2025 DMV Region 6 emailed complaint to Lux Seven Auto Sales Corp., as acknowledged by Luis Nunez (president) (exhibit 16). 18 April 2025 received written response from Luis Nunez (president), the following is Lux Seven Auto Sales Corp response. "We would like to take this opportunity to clarify the details of the sale, and the documentation provided at the time of purchase. The vehicle was sold under an "AS-IS - No Dealer Warranty" agreement. Prior to finalizing the sale, Ms. Rodriquez was made fully aware the condition, and all required documents were reviewed, signed, and acknowledged by her. The vehicle sold under "AS-IS - No Dealer Warranty" agreement.

Date: 05/29/2025                              Investigator: RAYMOND REYES J
As part of the sale, the customer reviewed and signed all required documents, acknowledged that the vehicle was sold with mileage that is not actual. The dealer file includes the following signed documentation: 1 - Bil of Sale and Buyer's Guide, confirming the vehicle was sold "AS-IS", with "No Dealer Warranty". 2 - Processing and County Fee acknowledgment. 3 - Application for Certificate of Motor Vehicle Title. 4 - Florida Insurance Affidavit. 5 - Power of Attorney for a Motor Vehicle, Mobile Hom, Vessel, or Vessel with Trailer. 6 - Odometer Disclosure Statement and Acknowledgement (separate and signed). 7 - Certificate of Title from previous seller. 8 - Copy of the Certificate of Title issued in the name of Maria Carmen Rodriguez. 9 - Copy of Ms. Rodriguez's Driver License. We take every step to ensure a transparent and honest sales process. Ms. Rodriguez was also accompanied by a third party (a mechanic) who assisted her in inspecting the vehicle prior to purchase. All terms and disclosures were explained clearly, and no warranties or promises regarding the vehicle's mileage or condition were made" (exhibit 17). Lux Seven Auto Sales Corp. provided a copy of Ms. Rodriguez's deal file (exhibit 18). 28 May 2025 Ms. Rodriquez emailed "Order Continuing Pretrial Conference" (exhibit 19). Lux Seven Auto Sales Corp., dealer license # VI-11091956/1 regarding a 2018 Ford Escape, VIN # ███████████6888 to Maria Rodriguez, 7 February 2025. Ms. Rodriguez's complaint the vehicle's odometer was rolled back and sold vehicle with a cracked windshield..

Date: 06/09/2025                              Investigator: RAYMOND REYES J
29 May 2025 called Lux Seven Auto Sales Corp. and spoke with Luis Nunez (president). Luis Nunez (president) states, "purchased the vehicle with the wrong odometer from Insurance Auto Auctions Corp. (IAA). Noticed that the odometer was not correct called IAA to have corrected, but the title was already done in the customer's name. The customer already knew about the mileage, she is upset because the vehicle broke down. We offered to help her with the vehicle, bring it in to find out what happened?. Asked the question to Luis Nunez (president) was the odometer ever replaced on the vehicle? Answer: No. Lux Seven Auto Sales Corp. provided a copy of the Certificate of Title from previous seller, which annotates the mileage at 156,650 and a receipt from Insurance Auto Auctions Corp., dated 11/21/2024 also annotating the mileage at 156,650 (exhibit 16). 29 May 2025 called IAA Orlando emailed pictures of the mileage on the vehicle (exhibit 20). The mileage on the pictures provided by IAA Orlando is annotated at 156,560 (exhibit 20). The Separate Odometer Disclosure Statement provided by the dealer annotates the mileage at 72,576, the odometer was rolled back 83,984 miles. The mileage on the vehicle is annotated on both the title & Separate Odometer Disclosure Statement as "NOT ACTUAL", the question is how did the mileage go from 156,560 to 72,576? The vehicle was purchased by the dealer from IAA with 156,560 miles. CarFax Vehicle History Report annotates the mileage on 6/24/2024 at 148,904 vehicle was serviced. CarFax Vehicle History Report annotates the mileage on 2/07/2025 at 72,576 to the Florida Motor Vehicle Department at West Palm Beach with "NOT ACTUAL MILEAGE TITLE ISSUED" (exhibit 14). 29 May 2025 called dealer, spoke with Luis Nunez (president) and will email receipt for odometer cluster.

| | | | | |
|---|---|---|---|---|
| Complaint Number: | 178842 | REGION VI TAMPA / CLEARWATER | Received Date: | 03/26/2025 |

Date: 06/12/2025      Investigator: RAYMOND REYES J

29 May 2025 dealer emailed the same written response along with a copy of a receipt from Gardner Auto Parts Inc., Invoice # 034510, dated 11/25/2024 for Ford Escape 2026 to 2019 Speedometer Instrument Cluster used 72,571 miles, VIN # FMCU9J90JUC56783 (exhibit 21). VIN # FMCU9J90JUC56783 from the invoice provided by the dealer only has 16 digits, vin normally has a total of 17 digits. 6 June 2025 called Gardner Auto Parts Inc. at (954) 972-9407, confirming that the part was purchased by the dealer. Spoke to Ryan Ferrell provided the Invoice # 034510, Mr. Ferrell stated, "the invoice number provided did not belong to them at all" (exhibit 22). 9 June 2025 spoke with Luis Nunez (president) concerning the odometer explained spoke with Ryan Ferrell from Gardner Auto Parts Inc. the invoice provided by the dealer, Gardner Auto Parts Inc. denied that the invoice belonged to them. The Luis Nunez explained that the mechanic from Hec Mar Auto Services (exhibit 21) provided the invoice for the replacement, and you submitted the invoice to DMV Region 6. Explained your dealership sold the vehicle to Ms. Rodriguez, you are currently responsible you did not follow procedure. Dealer said would call the mechanic and call DMV Region 6 back. 10 June 2025 dealer emailed the same written response along with a copy of a receipt from Gardner Auto Parts Inc., Invoice # 034510, dated 11/25/2024 for Ford Escape 2026 to 2019 Speedometer Instrument Cluster used 72,571 miles, with the exception the number one was added VIN # FMCU9J90JUC567831 and a workorder from Hec Mar Auto Services (exhibit 23). VIN # FMCU9J90JUC567831 from the invoice provided by the dealer now has a total of 17 digits and appears to be altered. Dealer insists that this is the correct invoice from Gardner Auto Parts Inc.

Date: 07/01/2025      Investigator: RAYMOND REYES J

11 June 2025 called & spoke with Ryan Ferrell once again from Gardner Auto Parts Inc. and emailed a copy of the invoice provided by the dealer requesting visual confirmation to verify the invoice (exhibit 24). 11 June 2025 Ryan Ferrell from Gardner Auto Parts Inc responded in an email "that is not our invoice. Here is an example of what our invoices look like" (exhibit 25). 12 June 2025 Ms. Rodriguez emailed a text message from Yoisbel Perez (exhibit 26). Ms. Rodriguez emailed receipts from Master Auto Center, Palm Beach Clerk of Court, All Paid, Jose Pereira & Maikel Pereira, Gardner Auto Parts Inc. (exhibit 27). Text message from Yoisbel Perez to Maria Rodriguez (exhibit 26 customer claims that the discussion between Yoisbel Perez and Maria Rodriguez that the customer paid $6,600 dollars for the vehicle not the $4,000 as indicated on the Bill of Sale provided by the dealer. Ms. Rodriguez paid a total of $342.74 to Palm Beach County Clerk of the Court for Court fees (exhibit 27). Customer paid Allpaid a total of $41.50 for Civil Non-Enforceable (exhibit 27). Customer paid $1,400 to Jose Pereira & Maikel Pereira for engine work (exhibit 27). Ms. Rodriguez an invoice from Gardner Auto Parts Inc. for $100 for Speedometer Instrument Cluster, confirmed that the receipt was fraudulent and did not belong to Gardner Auto Parts Inc. (exhibit 27). Dealer used HSMV 82050 the wrong "Bill of Sale", this Bill of Sale is used when a private citizen is selling to another private citizen, or private citizen to a dealer. The dealer is supposed to use an itemized "Bill of Sale" showing the price of the vehicle, trade-in allowance, sales tax, title & registration fees, are all examples that must be present and itemized for the consumer to review before signing/purchase.

Date: 07/02/2025      Investigator: RAYMOND REYES J

The dealer claims that the odometer cluster was exchanged by the mechanic the dealer does business with. No such evidence that the odometer was swapped-out or purchased by either the dealer or mechanic. Invoice was confirmed/verified to be erroneous by Gardner Auto Parts Inc. The odometer was rolled back while in the possession of the dealer. Ms. Rodriguez is due monetary reimbursement for the purchase of the vehicle, repairs, & court fees. Bond information & a Formal Investigate Report will be provided to Ms. Rodriguez. Ms. Rodriquez will be going through the civil courts for additional compensation. I have reviewed Ms. Rodriguez's deal file & the dealer is in violation(s). 013 Abide by Contract, FS F.A.C. Rule 319.23(6)(a) Dealer failed to abide by a written contract. 022 Fail License Law, FS F.A.C. Rule 320.27(9)(B)(8) Dealer failed to continually meet requirements of licensure law. 023 Fail Comply Rule, FS F.A.C. Rule 320.27(9)(B)(16) Dealer willfully failed to comply with administrative rule(s) adopted by the department. 049 Odometer Violations, FS F.A.C. Rule 320.27(9)(B)(14) Dealer violated one or more of the provisions under section 319.35 Florida Statutes (odometer readings, penalties by dealer). 050 Odometer Tampering Lower, FS F.A.C. Rule 319.35(1)(C) Possesses, sold, offered for sale a motor vehicle with a tampered odometer to reflect lower mileage. 052 Odometer Fraud, FS F.A.C. Rule 319.35(1)(B) Dealer knowingly provided false information on the odometer readings. 053 Odometer Altered, FS F.A.C. Rule 319.35(4) Dealer possessed a vehicle with an altered odometer with the intent to defraud. 054 Odometer Tampering, FS F.A.C. Rule 319.35(1)(A) Dealer tampered with odometer. Monetary recovery will be decided by the civil court system.

Name / Title of Employee Investigating the Complaint:    RAYMOND REYES J, FIELD SUPERVISOR

Hours required for investigation: _____

Investigator's Signature: _____

Date approved by Regional Administrator:    07/02/2025

Regional Administrator's Signature: _____