UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:25-cv-02530

MARIA C. RODRIGUEZ,
An Individual,

    Plaintiff,
vs.

LUX SEVEN AUTO SALES,
CORP.,
A Florida Profit Corporation, and,
LUIS NUNEZ, an individual

    Defendants.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, MARIA C. RODRIGUEZ, by and through undersigned counsel, files this Response to Defendants' Motion to Dismiss [ECF No. 16] and states as follows:

1. Defendants' Motion to Dismiss was directed to Plaintiff's original Complaint and seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. After Defendants filed their Motion to Dismiss, Plaintiff timely filed an Amended Complaint [DE 19] as a matter of right under Federal Rule of Civil Procedure 15(a)(1).

3. The filing of an amended complaint supersedes the original complaint in its entirety. *Reynolds v. Behrman Capital IV L.P.,* 988 F.3d 1314, 1319 (11th Cir. 2021).

4. Because Defendants' Motion to Dismiss [ECF No. 16] is directed to a pleading that is no longer operative, the Motion is moot and should be denied. *See Novo Nordisk, Inc. v. Live Well Drugstore, LLC*, No. 3:23-cv-808-TJC-PDB, 2024 U.S. Dist. LEXIS 119773, 2024 WL 3345334, at *1-2 (M.D. Fla. July 9, 2024) (denying as moot motion to dismiss where plaintiff was granted leave to file amended pleading); *Mohammad Shah Rukh Khan v. United States,* No. 6:24-

cv-1597-WWB-UAM, 2025 U.S. Dist. LEXIS 33459, at *12 (M.D. Fla. Feb. 25, 2025)(acknowledging filing of amended complaint would moot pending motion to dismiss); *Rios v. Bakalar & Assocs., P.A.*, 795 F. Supp. 2d 1368, 1370 (S.D. Fla. 2011) (denying motion to dismiss initial complaint as moot when plaintiff filed an amended complaint).

**WHEREFORE**, Plaintiff, MARIA C. RODRIGUEZ, respectfully requests that this Court DENY Defendants' Motion to Dismiss [ECF No. 16] as moot, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan St #205
Hollywood, FL 33021
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 20, 2026, the above document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who cannot receive electronically Notices of Filing.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685

## SERVICE LIST

All counsel of record via email.