

JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## SERVICE OF COURT DOCUMENT - 8:25-cv-02530-JSM-LSG Rodriquez v. Lux Seven Auto Sales, Corp. et al

**JOSHUA FEYGIN** <josh@sueyourdealer.com>       Tue, Dec 16, 2025 at 5:08 PM
To: Byron Acosta <Byron@byronacostalaw.com>
Cc: SYD Assistant <assistant@sueyourdealer.com>, Sheenah Acosta <Sheenah@byronacostalaw.com>, Sarah Bosco <Sarah@byronacostalaw.com>, Ana Sanchez <Ana@byronacostalaw.com>, Nicholas David <Nicholas@byronacostalaw.com>

**TO: COUNSEL OF RECORD:**

**RE: SERVICE OF COURT DOCUMENT(S):**

| TO: | **BYRON ACOSTA, Esq.** |
|---|---|
| **COURT:** | **United States District Court, Middle District of Florida** |
| **CASE #:** | **8:25-cv-02530-JSM-LSG** |
| **CASE STYLE:** | **Rodriguez v. Lux Seven Auto Sales, Corp. et al** |
| **FILER:** | **Joshua Feygin, Esq., 954-228-5674** |
| **DOCUMENT TITLE:** | 1. **Plaintiff's Notice of Serving First Set of Interrogatory Requests (LUXSEVEN);**<br>2. **Plaintiff's First Set of Interrogatory Requests (LUXSEVEN);**<br>3. **Plaintiff's First Set of Requests for Production (LUXSEVEN);**<br>4. **Plaintiff's First Set of Requests for Admissions (LUXSEVEN)** |




**Joshua Feygin, Esq.**

954.321.0507
www.sueyourdealer.com
josh@sueyourdealer.com
4601 Sheridan St #205,
Hollywood, FL 33021

**4 attachments**

**Request for Production #1 - DEALER Service.pdf**
288K

**NOS First Interrogatories Rodriquez (1).pdf**
209K

**First Rogs DEALER Service.pdf**
2535K

**RFA 1 Luxseven.pdf**
259K