

JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## SERVICE OF COURT DOCUMENT - 8:25-cv-02530-JSM-LSG Rodriquez v. Lux Seven Auto Sales, Corp. et al

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>  Wed, Jan 21, 2026 at 11:08 AM
To: Byron Acosta <Byron@byronacostalaw.com>
Cc: SYD Assistant <assistant@sueyourdealer.com>, Sheenah Acosta <Sheenah@byronacostalaw.com>, Sarah Bosco <Sarah@byronacostalaw.com>, Ana Sanchez <Ana@byronacostalaw.com>, Nicholas David <Nicholas@byronacostalaw.com>, Kaitlyn Ramirez <Kaitlyn@byronacostalaw.com>

Byron:

By my calculations the defendants discovery responses are past due. That being said, no objection to the extension of time. Note that unlike state court, request for extension of time are handled among the parties without court intervention in Federal court. Standing in

Regards,



**Joshua Feygin, Esq.**
- 954.321.0507
- www.sueyourdealer.com
- josh@sueyourdealer.com
- 4601 Sheridan St #205, Hollywood, FL 33021

---

On Wed, Jan 21, 2026, 11:05 AM Byron Acosta <Byron@byronacostalaw.com> wrote:

> Joshua - we are working on responding to the discovery you served, but need additional time.
>
> I need to file a motion for extension of time, and as part of my obligation to confer with you, will you agree to a 30-day extension?
>
> Sincerely,
>
> **Byron Acosta, Esq., MBA** (FL Bar No. 1039193)
> *Founder and Managing Attorney*
> **Law Office of Byron Acosta, P.A.**
>
> P: (561) 805-3580
> F: (561) 805-3601
> 2393 S Congress Ave, #207,
> West Palm Beach, FL 33406
> byron@byronacostalaw.com
>
> 

BYRON ACOSTA, P.A. CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product, or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are strictly prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Date:** Tuesday, December 16, 2025 at 5:08 PM
**To:** Byron Acosta <Byron@byronacostalaw.com>
**Cc:** SYD Assistant <assistant@sueyourdealer.com>, Sheenah Acosta <Sheenah@byronacostalaw.com>, Sarah Bosco <Sarah@byronacostalaw.com>, Ana Sanchez <Ana@byronacostalaw.com>, Nicholas David <Nicholas@byronacostalaw.com>
**Subject:** SERVICE OF COURT DOCUMENT - 8:25-cv-02530-JSM-LSG Rodriquez v. Lux Seven Auto Sales, Corp. et al

**TO: COUNSEL OF RECORD:**

**RE: SERVICE OF COURT DOCUMENT(S):**

| | |
|---|---|
| **TO:** | **BYRON ACOSTA, Esq.** |
| **COURT:** | **United States District Court, Middle District of Florida** |
| **CASE #:** | **8:25-cv-02530-JSM-LSG** |
| **CASE STYLE:** | **Rodriguez v. Lux Seven Auto Sales, Corp. et al** |
| **FILER:** | Joshua Feygin, Esq., 954-228-5674 |
| **DOCUMENT TITLE:** | 1. **Plaintiff's Notice of Serving First Set of Interrogatory Requests (LUXSEVEN);**<br>2. **Plaintiff's First Set of Interrogatory Requests (LUXSEVEN);**<br>3. **Plaintiff's First Set of Requests for Production (LUXSEVEN);**<br>4. **Plaintiff's First Set of Requests for Admissions (LUXSEVEN)** |

**Joshua Feygin, Esq.**

📞 954.321.0507
➤ www.sueyourdealer.com
✉ josh@sueyourdealer.com
📍 4601 Sheridan St #205,
   Hollywood, FL 33021

