

JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## SERVICE OF COURT DOCUMENT - 8:25-cv-02530-JSM-LSG Rodriquez v. Lux Seven Auto Sales, Corp. et al

---

**Sheenah Acosta** <Sheenah@byronacostalaw.com>   Thu, Feb 26, 2026 at 4:25 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>, Byron Acosta <Byron@byronacostalaw.com>
Cc: SYD Assistant <assistant@sueyourdealer.com>, Sarah Bosco <Sarah@byronacostalaw.com>, Ana Sanchez <Ana@byronacostalaw.com>, Nicholas David <Nicholas@byronacostalaw.com>, Kaitlyn Ramirez <Kaitlyn@byronacostalaw.com>

Good afternoon Mr. Feygin

Thank you so much for giving us the opportunity to provide you with our client's discovery responses given the fact that the deadline has passed.

This is to confirm that responses, along with supporting records, will be provided to you by March 3rd, 2026.

Regards,

**Sheenah Acosta**

*Office Manager & Paralegal to Byron Acosta, Esq.*

P: (561) 805-3580

F: (561) 805-3601

2393 S Congress Ave, #207,

West Palm Beach, FL 33406

Sheenah@byronacostalaw.com



BYRON ACOSTA, P.A. CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product, or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are strictly prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Date:** Thursday, February 26, 2026 at 9:39 AM
**To:** Byron Acosta <Byron@byronacostalaw.com>
**Cc:** SYD Assistant <assistant@sueyourdealer.com>, Sheenah Acosta <Sheenah@byronacostalaw.com>, Sarah Bosco <Sarah@byronacostalaw.com>, Ana Sanchez <Ana@byronacostalaw.com>, Nicholas David <Nicholas@byronacostalaw.com>, Kaitlyn Ramirez <Kaitlyn@byronacostalaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT - 8:25-cv-02530-JSM-LSG Rodriquez v. Lux Seven Auto Sales, Corp. et al

Byron:

As you know, Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission were served on December 16, 2025. The original response deadline was January 15, 2026. At your request, Plaintiff agreed to a thirty-day extension, making the extended deadline February 14, 2026. To date, no responses or documents have been served.

This is a complete failure to respond. Because no timely objections were served within the time permitted by the Federal Rules or within the agreed extension, all objections have been waived.

The corporate representative deposition of Lux Seven Auto Sales, Corp. is currently scheduled for March 10, 2026. Plaintiff cannot meaningfully prepare for that deposition without interrogatory answers, written responses, and production of the responsive records requested. Proceeding without this discovery materially prejudices Plaintiff.

In an effort to avoid motion practice, Plaintiff will refrain from filing a Motion to Compel provided that full and complete written responses, together with all responsive documents, are served no later than March 3, 2026. All responses must be served without objections, as they have been waived.

If responses are not received by that date, Plaintiff will proceed with filing a Motion to Compel, seeking to have objections deemed waived, Requests for Admission deemed admitted, and to recover attorney's fees. A copy of the motion is attached for your reference.

Please confirm in writing by COB tomorrow that responses *together with* all responsive records will be delivered by March 3, 2026 as we would prefer to avoid motion practice on this.

Sincerely,

[Image removed by sender.]


On Wed, Jan 21, 2026 at 11:09 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Apologies for the typo in my last email. Using voice to text dictation while on the run and the microphone picked up background noise .
>
> [Image removed by sender.]
>
> On Wed, Jan 21, 2026, 11:08 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
>
>> Byron:
>>
>> By my calculations the defendants discovery responses are past due. That being said, no objection to the extension of time. Note that unlike state court, request for extension of time are handled among the parties without court intervention in Federal court. Standing in
>>
>> Regards,

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

| | |
|---|---|
| **TO:** | **BYRON ACOSTA, Esq.** |
| **COURT:** | **United States District Court, Middle District of Florida** |
| **CASE #:** | **8:25-cv-02530-JSM-LSG** |
| **CASE STYLE:** | **Rodriguez v. Lux Seven Auto Sales, Corp. et al** |
| **FILER:** | **Joshua Feygin, Esq., 954-228-5674** |
| **DOCUMENT TITLE:** | 1. **Plaintiff's Notice of Serving First Set of Interrogatory Requests (LUXSEVEN);** <br><br> 2. **Plaintiff's First Set of Interrogatory Requests (LUXSEVEN);** <br><br> 3. **Plaintiff's First Set of Requests for Production (LUXSEVEN);** <br><br> 4. **Plaintiff's First Set of Requests for Admissions (LUXSEVEN)** |