UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:25-cv-2530

MARIA C. RODRIGUEZ,

    Plaintiff,

v.

LUX SEVEN AUTO SALES, CORP.,
A Florida Profit Corporation, and LUIS NUNEZ, an individual

    Defendants.

**DEFENDANTS' AMENDED RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS, AND DEFENDANTS' MOTION TO RECONSIDER THE COURT'S MARCH 5, 2026 ORDER**

    Defendants, LUX SEVEN AUTO SALES, CORP. ("Lux") and LUIS NUNEZ ("Nunez") (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel, hereby file this Amended Response to the Plaintiff's Motion to Compel Discovery Responses and for Sanctions and Defendant's Motion for Reconsideration, and in support thereof state as follows:

## BACKGROUND

1. On December 16, 2025, Plaintiff served on Defendant Plaintiff's First Set of Interrogatories, Plaintiff's First Set of Requests for Production, and Plaintiff's First Set of Requests for Admissions to counsel for Defendant.

2. Counsel for both parties agreed to an extension of time to respond, extending the deadline to February 21, 2026, and then once more to March 3, 2026.

1

3. On March 4, 2026, Plaintiff filed the instant Motion to Compel Discovery Responses and for Sanctions.

4. On March 4, 2026, the undersigned counsel's paralegal inadvertently sent the discovery responses to the wrong attorney's office. On March 5, 2026, the undersigned counsel's paralegal sent the discovery to Plaintiff's counsel.

5. On March 5, 2026, the Court entered an Endorsed Order granting Plaintiff's Motion to Compel and scheduling a hearing on reasonable expenses on March 26, 2026.

6. On March 6, 2026, counsel for Plaintiff proposed a resolution to Defendant's counsel regarding outstanding discovery and Plaintiff's entitlement to fees, which has been accepted.

**WHEREFORE**, Defendants respectfully submit that the March 26, 2026, is unnecessary as counsel for Defendant and Plaintiff have come to an agreement.

DATED this 7 March 2026.

        Respectfully Submitted,

        **LAW OFFICE OF BYRON ACOSTA, P.A.**
        *Counsel for Defendants*
        2393 S. Congress Ave, Suite 207
        West Palm Beach, Florida 33406
        Tel.: (561) 805-3580
        Fax: (561) 805-3601

        By: /s/ *Byron Acosta*

        Byron Acosta, Esq.
        Florida Bar No. 1039193

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served on March 7, 2026, through the court's e-filing portal on CM/ECF with the Clerk of Court, which will serve an electronic copy to JOSHUA FEYGIN, 4601 Sheridan St, #205, Hollywood, FL 33021. josh@sueyourdealer.com

/s/ *Byron Acosta, Esq.*

Byron Acosta, Esquire (1039193)
byron@byronacostalaw.com
Florida Bar. No. 1039193
BYRON ACOSTA, P.A.
Attorney for Defendants
2393 S Congress Ave
West Palm Beach, FL 33406
Phone: 561-805-3580
Fax: 561-805-3601