**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:25-cv-2530**

**MARIA C. RODRIGUEZ,**

    **Plaintiff,**

**v.**

**LUX SEVEN AUTO SALES, CORP.,**
A Florida Profit Corporation, and **LUIS NUNEZ,** an individual

    **Defendants.**

---

**DEFENDANTS' AMENDED RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS**

Defendants, LUX SEVEN AUTO SALES, CORP. ("Lux") and LUIS NUNEZ ("Nunez") (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel, hereby file this Amended Response to the Plaintiff's Motion to Compel Discovery Responses and for Sanctions, and in support thereof state as follows:

**BACKGROUND**

1. On December 16, 2025, Plaintiff served on Defendant Plaintiff's First Set of Interrogatories, Plaintiff's First Set of Requests for Production, and Plaintiff's First Set of Requests for Admissions to counsel for Defendant.

2. Counsel for both parties agreed to an extension of time to respond, extending the deadline to February 21, 2026, and then once more to March 3, 2026.

3. On March 4, 2026, Plaintiff filed the instant Motion to Compel Discovery Responses and for Sanctions.

4. On March 4, 2026, the undersigned counsel's paralegal inadvertently sent the discovery responses to the wrong attorney's office. On March 5, 2026, the undersigned counsel's paralegal sent the discovery to Plaintiff's counsel.

5. On March 5, 2026, the Court entered an Endorsed Order granting Plaintiff's Motion to Compel and scheduling a hearing on reasonable expenses on March 26, 2026.

6. On March 6, 2026, counsel for Plaintiff proposed a resolution to Defendant's counsel regarding outstanding discovery and Plaintiff's entitlement to fees, which has been accepted.

7. Annexed to this motion is an Order Adopting the Parties' Agreement on Sanctions.

**WHEREFORE**, Defendants respectfully submit that the March 26, 2026, is unnecessary as counsel for Defendant and Plaintiff have come to an agreement.

DATED this 13 March 2026.

Respectfully Submitted,

**LAW OFFICE OF BYRON ACOSTA, P.A.**
*Counsel for Defendants*
2393 S. Congress Ave, Suite 207
West Palm Beach, Florida 33406
Tel.: (561) 805-3580
Fax: (561) 805-3601

By: /s/ *Byron Acosta*

Byron Acosta, Esq.
Florida Bar No. 1039193

**CERTIFICATE OF CONFERRAL**

Defendant's counsel hereby certifies that he conferred with Plaintiff's counsel, Joshua Feygin, Esq., via email, josh@sueyourdealer.com, on March 9th, 2026, and who agrees on the resolution of all of his motion to compel along with the Order attached to this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served on March 13, 2026, through the court's e-filing portal on CM/ECF with the Clerk of Court, which will serve an electronic copy to JOSHUA FEYGIN, 4601 Sheridan St, #205, Hollywood, FL 33021. josh@sueyourdealer.com.

/s/ *Byron Acosta, Esq.*
Byron Acosta, Esquire (1039193)
byron@byronacostalaw.com
Florida Bar. No. 1039193
BYRON ACOSTA, P.A.
Attorney for Defendants
2393 S Congress Ave
West Palm Beach, FL 33406
Phone: 561-805-3580
Fax: 561-805-3601