UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:25-cv-02530

MARIA C. RODRIGUEZ,
An Individual,

    Plaintiff,

vs.

LUX SEVEN AUTO SALES,
CORP.,
A Florida Profit Corporation, and,
LUIS NUNEZ, an individual

    Defendants.
_____/

### ORDER ADOPTING PARTIES' AGREEMENT ON SANCTIONS

**THIS CAUSE** came before the Court on Plaintiff's Motion to Compel Discovery Responses and for Sanctions [DE 26] and the Court's March 5, 2026 Endorsed Order setting a hearing regarding reasonable expenses [DE 28]. The Court having reviewed the parties' filings and being otherwise fully advised in the premises, and noting the parties have reached an agreement resolving the issue of sanctions, it is hereby **ORDERED AND ADJUDGED:**

1. The parties have advised the Court that they have reached an agreement resolving Plaintiff's request for sanctions associated with Plaintiff's Motion to Compel Discovery Responses and for Sanctions.

2. Pursuant to the parties' agreement, Defendants shall pay Plaintiff reasonable expenses in the amount of $500.00, representing one (1) hour of attorney's fees at Attorney Joshua Feygin's lodestar rate of $500.000 per hour.

3. Payment of the above amount shall be abated until the final resolution of this matter, at which time the obligation shall become due unless otherwise resolved by the parties.

4. In light of the parties' resolution, the hearing previously scheduled for March 26, 2026 regarding reasonable expenses is hereby **CANCELLED**.

**DONE AND ORDERED** in Tampa, Florida, this ____ day of _____, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE