**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARIA C. RODRIGUEZ,

      Plaintiff,

v.                                       Case No: 8:25-cv-2530-JSM-LSG

LUX SEVEN AUTO SALES, CORP., a
Florida Profit Corporation and LUIS
NUNEZ, an individual,

      Defendants.

_____

<u>ORDER</u>

THIS CAUSE comes before the Court upon the Joint Motion to Stay Proceedings Pending Consummation of Settlement, or, in the Alternative, to Dismiss with the Court Retaining Jurisdiction (Dkt. 40). The Parties have negotiated and executed a written settlement agreement that fully resolves all claims asserted in this action. The settlement provides for the payment of an agreed sum by Defendants to Plaintiff over a defined period, in an initial payment followed by nine (9) consecutive monthly installments, together with related terms including a mutual release and a stipulated judgment enforcement mechanism in the event of an uncured default. The parties request that this action be stayed and administratively closed for a period of eleven (11) months pending the Parties' consummation of the terms of their executed settlement agreement, and retaining jurisdiction to enforce that agreement. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.      The Joint Motion to Stay Proceedings Pending Consummation of Settlement

    (Dkt. 40) is GRANTED.

2.      The Clerk is directed to stay these proceedings and administratively close

    this case pending consummation of settlement.

3.      The parties shall file a joint status report or file a stipulation of dismissal with

    prejudice by no later than July 2, 2027.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of July, 2026.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2